EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: | |
|---|---|
| | 2020 TSPR 34 |
| Servicios notariales durante situación de emergencia | 204 DPR _____ |

Número del Caso: EM-2020-06

Fecha: 27 de marzo de 2020

Materia: Oficina de Inspección de Notarías

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | | |
|---|---|---|
| *In re:*<br><br>Servicios notariales durante situación de emergencia | EM-2020-06 | Oficina de Inspección de Notarías |

RESOLUCIÓN

En San Juan, Puerto Rico, a 27 de marzo de 2020.

Ante las medidas que se adoptaron para atender la emergencia decretada en Puerto Rico como consecuencia de la pandemia por la propagación del COVID-19, el 15 de marzo de 2020, anunciamos el cierre de las operaciones de la Rama Judicial, y suspendimos las vistas y asuntos citados desde el 16 hasta el 30 de marzo de 2020. Además, determinamos que, durante ese periodo, solo se atenderán asuntos urgentes. Paralelamente, el 16 de marzo de 2020 resolvimos extender hasta el 15 de abril de 2020 "[c]ualquier término que ven[ciera] durante las fechas del 16 de marzo de 2020 hasta el 14 de abril de 2020". *In re Medidas Judiciales ante situación de emergencia de salud por el COVID-19*, EM-2020-03. El 26 de marzo de 2020 se anunció la extensión del cierre de operaciones de la Rama Judicial hasta el 12 de abril de 2020 y, en igual fecha, resolvimos extender hasta el 27 de abril de 2020 todo término judicial que venciera entre el 16 de marzo de 2020 y 26 de abril de 2020. *In re Medidas Judiciales ante situación de emergencia de salud por el COVID-19*, EM-2020-05.

Respecto a la función notarial, la Oficina de Inspección de Notarías (ODIN) informó oportunamente la interrupción de los servicios al público. Además, anunció la determinación de la Jueza Presidenta de extender el término para presentar los informes mensuales de actividad notarial y otros asuntos relacionados a los procesos de entrega, traslado de inspección de la obra protocolar, las solicitudes de

certificaciones y la notificación de autorización de instrumentos públicos. Véase Oficina de Inspección de Notarías, Operaciones de la ODIN y otros pormenores, 16 de marzo de 2020, http://www.ramajudicial.pr/medidas-cautelares/Memo-Notarios-Operaciones-ODIN-COVID19.pdf.

Además de las medidas administrativas tomadas por la ODIN, es fundamental garantizar la disponibilidad de aquellos servicios ofrecidos por el notariado puertorriqueño que son indispensables durante el transcurso de esta emergencia. Entre estos servicios esenciales se encuentran la autorización de testamentos, poderes, directrices anticipadas de tratamiento médico, la legitimación de documentos relacionados al traslado de menores fuera de la jurisdicción y aquellos que inciden en el bienestar de la parte requirente (por ejemplo, alimentos, ingresos, hogar y servicios de salud).

Acorde con lo anterior, y al amparo del poder inherente de este Tribunal de regular la práctica notarial, se autoriza a los notarios y a las notarias a brindar servicios a la comunidad en situaciones de emergencia o de extrema necesidad. Este Tribunal hace un llamado a la prudencia en el ejercicio de la discreción profesional de cada notario o notaria al proveer sus servicios bajo el criterio de emergencia o extrema necesidad aquí establecido, sin menoscabar la salud y bienestar de las personas con las que intervienen. Así las cosas, al prestar sus servicios, el notario o notaria deberá cumplir con las guías de salud y seguridad emitidas por las autoridades locales y federales.

En atención al distanciamiento social recomendado para evitar el contagio del COVID-19, el notario o la notaria podrá usar mecanismos de comunicación remota, incluida la videoconferencia, pero únicamente para gestiones preparatorias atinentes a la autorización de un instrumento público o de una declaración jurada.

En el plazo permitido por ley, el notario o la notaria podrá coordinar la comparecencia separada de las personas intervinientes. Ello, siempre que no sea requerida la unidad de acto como condición para la validez del negocio jurídico o documento autorizado.

Se instruye al Director de la ODIN a tomar las medidas necesarias en conformidad con lo aquí autorizado. Se ordena la difusión inmediata de esta Resolución. Notifíquese al Director Administrativo de los Tribunales, al Director de la Oficina de Inspección de Notarías y al Director de la Oficina de Prensa de la Oficina de Administración de los Tribunales.

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.

El Juez Asociado señor Martínez Torres vota conforme, pero autorizaría, además, toda función notarial y no solamente las funciones notariales de emergencia o de extrema necesidad, requiriendo al notario que siga estrictamente las guías de distanciamiento social que ha dictado el *Centers for Disease Control* (CDC).



José Ignacio Campos Pérez
Secretario del Tribunal Supremo